# STATE SUPREME COURT

## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

A complete and accurate List of Cases and Decisions Filed and Disposed of in this Court.

The cases are Listed, Indexed and Annotated by back references to the place where they have formerly appeared, thus giving their complete record.

### INDEX OF CASES DOCKETED

Brown v. Zanesville Hotel Co.... 19938, 19939
Cin. Galv. Corp. v. Madden ............ 18942
Cook v. Columbia Cons. Co. .......... 18931
Foundry Appliance Co. v. Ratliff ...... 18937
Keplinger & Sons v. Zanes. Hotel Co. ... 18940
L. & N. Rd. Co. v. Greene ............ 18933
McCullough v. Ott ................... 18929
Rogers et v. Smith .................. 18941
State ex Crabbe v. Felton ............ 18934
State ex Garver v. Adair et ........... 18936
Teufel et v. Steigleder ............... 18930
Toledo (City) v. Cin. Trac. Co. et ...... 18935
U. S. Fidel. Guar. Co. v. Freedman et... 18932

18929—J. Charles McCullough, on behalf of himself and as next friend of Joseph J. Bien a minor, etc., v. Emma C. Ott and Rudolph C. Ott; motion to Hamilton Appeals to certify. Wm. C. Busch and W. W. Symmes, Cincinnati, for plaintiff; Schorr & Wesselman, Cincinnati, for defendants .

### January 31

18930—Anna Teufel, Wilhelmina Boettger, Mary Lloyd, Elsie Brossert, Martin Brossert and ·Ferdinand Brossert, on behalf of selves and five others, v. Elizabeth Steigleder, Josephine Threm, Elizabeth Reisser, Albert Threm, Frank A. Threm and 18 others; motion to Hamilton Appeals to certify. Henry Baer and Michael C. Lacinak, Cincinnati, for plaintiffs; Frank H. Kunkel, Cincinnati, for defendants.

### February 2

18931—L. B. Cook v. Columbia Construction Co., Harvard Savings & Loan Co., Mayfield Builders Supply Co., Singletary Lumber Co., and 13 others; motion to Cuyahoga Appeals to certify. Scott & Bissell, Cleveland, for plaintiff; Wilkin, Cross & Daoust, Wm. H. Gillie, F. K. Pickering; Smart, Ford, Taylor & Hasselman; Thompson, Hine & Flory, for defendants.

18932—United States Fidelity & Guaranty Co. v. Samuel Freedman, Edward J. Richard and Rena S. Richard, Executors and Trustees under will of Herman B. Richard; motion to Hamilton Appeals to certify. Harmon, Colston, Goldsmith & Hoadley, Cincinnati, for plaintiff; Pogue, Hoffheimer & Pogue, Cincinnati, for defendants.

18933—Louisville & Nashville Railroad Co. v. Dora B. Greene, Administratratrix of the Estate of William E. Greene, deceased; motion to Hamilton Appeals to certify. Freiberg, Avery & Simmonds, Cincinnati, for the plaintiff; Nichols, Merrell, Stewart & Ginter, Cincinnati, for defendant.

(Continued on Page 96)

## PROCEEDINGS OF
## SUPREME COURT

### WEEKLY REPORT OF
### CASES DECIDED

Tuesday, February 3, 1925

### GENERAL DOCKET

O'Dwyer et v. State ex Dean .......... 18720
O'Dwyer et v. State ex Keller ......... 18721
O'Dwyer et v. State ex Nowak ........ 18723
O'Dwyer et v. State ex Roth ......... 18722
P. & A. Dispatch v. Pub. U. C. ....... 18806
State ex Cleveland v. Pub. U. C. ...... 18867
State ex v. O'Dwyer ................. 18728

### MOTION DOCKET

Backman v. Roberg ............... 18577
Mayers, Admr. v. Lambert ........... 18837

### GENERAL DOCKET

18720—John A. O'Dwyer et al v. State, ex rel. W. M. Dean; error to Lucas Appeals. Dismissed on authority of Miner v. Witt, 82 Ohio St., 237. Robinson, Matthias, Day and Conn, JJ., concur. Marshall, C. J., Jones and Allen, JJ., dissent. Dock. 7-23-1924, 2 Abs. 483.

18721—John A. O'Dwyer et al v. State, ex rel. Geo. K. Keller; error to Lucas Appeals. Dock. 7-23-1924, 2 Abs. 483. Same entry as in 18720.

18722—John A. O'Dwyer et al v. State, ex rel. Nicholas Roth; error to Lucas Appeals. Dock. 7-23-1924, 2 Abs. 483. Same entry as in 18720.

18723—John A. O'Dwyer et al v. State, ex rel. E. J. Nowak; error to Lucas Appeals. Same entry as in 18720.

18728—State, ex rel. Maurice ·A. Liles, v. John A. O'Dwyer et al; error to Lucas Appeals. Same entry as in 18720. Dock. 7-23-1924, 2 Abs. 483.

18806—P. & A. Dispatch v. Public Utilities Commission; error to the Public Utilities Commission. Dismissed by plaintiff in error. Dock. 10-30-24, 2 Abs. 690.

18867—State, ex rel. City of Cleveland, v. Public Utilities Commission of Ohio et al. In Prohibition. Alternative writ denied. Dock. 12-16-24, 2 Abs.

### MOTION DOCKET

18577—Lester Backman v. Harry Roberg. Motion to Hamilton Appeals to certify. Overruled. Dock. 5-13-24, 2 Abs. 356.

18837—A. J. Mayers, Admr., v. Edith Lambert. Motion to Trumbull Appeals to certify. Dismissed without prejudice on application of Mayers. Dock. 11-27-24, 2 Abs.